EMN
F.#2009R01060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                                        09 CR 357 (ENV)

JOSEPH ORLANDO, also known as
    "Joey Boy,"
GIOVANNI MONTELEONE, also known as
    "John," and
ANTHONY BORGESE, also known as
    "Tony Darrow,"

        Defendants.

- - - - - - - - -  - - - - - - - - -X

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Assistant United States Attorney Evan M. Norris hereby enters his appearance in the above-captioned matter. The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated: Brooklyn, New York
       July 6, 2009

                                      Respectfully submitted,

                                      BENTON J. CAMPBELL
                                      United States Attorney

                    By:     /s/_____
                          Evan M. Norris
                          Assistant U.S. Attorney
                          Eastern District of New York
                          271 Cadman Plaza East
                          Brooklyn, New York 11201
                          evan.norris@usdoj.gov
                          (718) 254-6376

cc:  Clerk of the Court (ENV) (via ECF)