# GOLUB & GOLUB, LLP

ATTORNEYS AT LAW
225 BROADWAY
15th FLOOR
NEW YORK, NY 10007

Mitchell A. Golub
extension: 12
mgolub@golublaw.com

TELEPHONE: (212) 693-1000
FACSIMILE:  (212) 693-0090

October 5, 2011

**Application Granted
SO ORDERED
Brooklyn, New York
Dated:** _____

_____
Eric N. Vitaliano
United States District Judge

**By ECF and Facsimile**
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Giovanni Monteleone, et. al.
      09 Cr. 357 (ENV)

Dear Judge Vitaliano:

I am writing the court to request a temporary modification of Mr. Monteleone's conditions of release to permit him and his family to travel to the Orlando, Florida area for a vacation. Mr. Monteleone's current conditions have him released on a secured $750,000 bond, which subjects him to various standard release conditions including geographic restrictions, which limit travel to the District of New Jersey and the Eastern and Southern Districts of New York.

The proposed travel would take place between November 3rd and 10th. Mr. Monteleone would be traveling with his wife Danielle, and three children, Michael, Nicholas and Gabriella. They would be flying out of Kennedy Airport to Orlando International and returning to Kennedy. While in Florida they would be staying at the Wyndham Bonnet Creek Resort in Lake Buena Vista, Florida.

I have contacted Evan Norris, the assigned Assistant U.S. Attorney, who advises that he does not object to the proposed temporary modification of release conditions and travel. It have also spoken with Pretrial Services officer Erin Rodriguez who also has no objection.

The Honorable Eric N. Vitaliano
United States District Judge
October 5, 2011
Page 2

Wherefore, it is respectfully requested that the Court approve this temporary modification of Mr. Monteleone's conditions of release.

Respectfully submitted,

/s/ *Mitchell A. Golub*
Mitchell A. Golub

cc: AUSA Evan Norris (via email)
    Pre-trial Services Officer Erin Rodriguez (via email)